Decided October 6, 2005

STATE OF CONNECTICUT *v.* ERIC EDMAN

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 90 Conn. App. 820 (AC 25033), is granted, limited to the following issues:

"1. Did the Appellate Court properly hold that the issuing judge was not a 'neutral and detached magistrate' under the fourth amendment to the United States constitution when he issued a search warrant for the defendant's home?

"2. Did the Appellate Court properly remand this case to the trial court with direction to grant the motion to suppress without first holding a factual hearing?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17516.

*Robert J. Scheinblum*, senior assistant state's attorney, in support of the petition.

*Hugh F. Keefe* and *Nancy Fitzpatrick Myers*, in opposition.

Decided October 6, 2005